# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CORNELIUS M. MOORE | ) | Case No: 03-30050-GPM |
| | ) | USM No: 06149-025 |
| Date of Previous Judgment: October 6, 2003 | ) | Stephen Williams |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**FILED APR 0 7 2008** G. PATRICK MURPHY, DISTRICT JUDGE, SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS, ILLINOIS

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __135__ months **is reduced to** __120 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__            Amended Offense Level: __29__
Criminal History Category: __III__        Criminal History Category: __III__
Previous Guideline Range: __135__ to __168__ months    Amended Guideline Range: __120__ to __135__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __10/6/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 7, 2008__

_____
Judge's signature

Effective Date: _____
(if different from order date)

G. Patrick Murphy - District Judge
Printed name and title